UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 12 CR 829 |
| | ) | |
| v. | ) | Honorable Charles R. Norgle, Sr. |
| | ) | |
| HSIEN TAI TSAI, | ) | |
|    also known as "Hsein Tai Tsai" | ) | |
|    also known as "Alex Tsai" | ) | |
| | ) | |
|    and | ) | |
| | ) | |
| YUEH-HSUN TSAI, | ) | |
|    also known as "Gary Tsai" | ) | |

**Government's Notice of Intent to Use**
**Foreign Intelligence Surveillance Act Information**

The United States, through its attorney, Gary S. Shapiro, United States Attorney for the Northern District of Illinois, hereby provides notice to the defendants and to the Court that, pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained and derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,
				GARY S. SHAPIRO
				United States Attorney

	By:		s/*Brian Hayes*
				Brian Hayes
				Patrick Pope
				Assistant United States Attorneys
				219 S. Dearborn Street, Rm. 500
				Chicago, Illinois 60604
				(312) 353-4307


DATE: June 14, 2013