

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiffs<br>**UNITED STATES OF AMERICA**<br>v.<br>**HSIEN TAI TSAI**<br>Defendant | Case No: 12 CR 829-1<br><br>Judge: **CHARLES R. NORGLE** |

## ORDER

(T:00:10 ) Arraignment held 10/4/2013. The defendant enters a plea of not guilty as to all counts. Local Criminal Rule 16.1 conference is to be held within 21 days. Status hearing is set for November 20, 2013 at 10:00 a.m. Due to the complexity of this case and in the interest of justice, the court excludes time until 11/20/2013.

Date: **10/4/2013**

CHARLES R. NORGLE, JUDGE
UNITED STATES DISTRICT COURT