**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiff | ) | Case No:   12 CR 829-1 |
| | ) | |
| v. | ) | |
| | ) | Judge: Geraldine Soat Brown |
| Hsien Tai Tsai | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER

(T:)    00:50

Detention hearing held as to Hsien Tai Tsai. Government moves for pretrial detention. For the reasons stated on the record, the Government's oral motion for detention of defendant is granted. Enter Order of Detention Pending Trial. Defendant shall remain in custody pending trial or until further order of the court.

Date:  10/15/13                                                      /s/ GERALDINE SOAT BROWN
                                                                            UNITED STATES MAGISTRATE JUDGE