# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                     Case No.: 1:12–cr–00829
                                                    Honorable Charles R. Norgle Sr.

Hsien Tai Tsai, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2014:

      MINUTE entry before the Honorable Charles R. Norgle: Status hearing held on 1/17/2014. Status hearing is continued to 4/4/2014 at 10:30 a.m. In the interest of justice, the court excludes time until 4/4/2013. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.